IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NOS. |
| v. | ) | 2:10cr242-MHT |
| | ) | 2:11cr69-MHT |
| ALCHICO DEWAYNE GRANT | ) | (WO) |

ORDER

It is ORDERED that defendant Alchico Dewayne Grant's motions for compassionate release (doc. nos. 300 and 301 in 2:10cr242-MHT; doc. nos. 238 and 239 in 2:11cr69-MHT) are denied.

***

While the court shares defendant Grant's concern that, due to his obesity (and possibly his high blood pressure), he would be at an elevated risk of serious complications should he become infected with COVID-19, it appears that, since the serious outbreak earlier this year, the Oakdale I FCI prison has implemented measures that, at least for now, are keeping the spread of the virus to prisoners in check. Currently the Bureau of Prisons reports only one infected inmate at

the facility.  *See* Federal Bureau of Prisons, COVID-19 Coronavirus, https://www.bop.gov/coronavirus/ (accessed on November 20, 2020).  Accordingly, and having considered the 18 U.S.C. § 3553(a) factors, the court finds that "extraordinary and compelling reasons" do not warrant a sentence reduction at this time. 18 U.S.C. § 3582(c)(1)(A)(i).

    DONE, this the 23rd day of November, 2020.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**