IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NOS. |
| v. | ) | 2:10cr242-MHT |
| | ) | 2:11cr69-MHT |
| ALCHICO DEWAYNE GRANT | ) | (WO) |

ORDER

These cases are before the court on defendant Alchico Dewayne Grant's motions to review his restitution and modify his financial responsibility program payments to the Bureau of Prisons. In each of these motions, Grant asks the court to postpone his restitution payments until after he is released from prison. For the following reasons, it is ORDERED that the motions (Doc. 329 in 2:10cr242-MHT; Doc. 258 in 2:11cr69-MHT) are denied.

First, the court declines to postpone Grant's restitution obligation until after his release from prison because he owes well over $ 2,000,000, and he is not scheduled to be released for another 10 years, when

he will be around 63 years old.  Given Grant's age, postponing payment until after his release would likely reduce the victim's total recovery.  Second, assuming that the court can grant the relief requested under 18 U.S.C. § 3664(k) (rather than 28 U.S.C. § 2241), defendant Grant has not proven a material change in his economic circumstances since the time of sentencing as required by § 3664(k).  Third, Grant may be able to receive relief by appealing the decision of the case-management staff through the BOP's administrative remedy procedure, and the evidence submitted by the government suggests that he has not completed all available appeals.  *See* Admin. Remedy Retrieval (Doc. 331-3).

DONE, this the 25th day of November, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE